IN THE SUPREME COURT OF THE STATE OF DELAWARE

JACKLYN MILLER,[1]      §
     §
   Respondent Below,      § No. 191, 2021
   Appellant,      §
     § Court Below–Family Court
   v.      § of the State of Delaware
     §
KENNETH PRICE,      § File No.     CN10-03625
     § Petition No.  20-27535
   Petitioner Below,      §
   Appellee.      §

Submitted: November 1, 2021
Decided:   November 16, 2021

## **ORDER**

It appears to the Court that, on October 12, 2021, the Senior Court Clerk issued a notice, sent by certified mail, directing the appellant, Jacklyn Miller, to show cause why her appeal should not be dismissed for her failure to diligently prosecute her appeal by failing to pay the Family Court filing fee and transcript cost. Miller received the notice on October 19, 2021. A timely response to the notice to show cause was due on or before October 29, 2021. To date, Miller has neither responded to the notice to show cause nor paid the Family Court filing fee and transcript cost. Dismissal of the appeal is therefore deemed to be unopposed.

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice